IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Antonio Arias, individually and all other similarly situated persons, known and unknown, Plaintiff<br>v.<br><br>Green Horizon Landscaping, L.L.C.., and Kurt Vogt, Individually, Defendants | 16-cv-6963<br><br>Judge Rowland |

**JOINT STIPULATION OF DISMISSAL**

The parties to the above entitled action, by their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1), stipulate the following:

1. The parties have reached a settlement of the above-captioned action.

2. The parties therefore stipulate that this matter shall be dismissed in its entirety, with prejudice, with each party incurring its own attorneys' fees and costs, except as otherwise provided for by the parties' settlement agreement.


Respectfully submitted,

s/ Raisa Alicea                     s/ Keith Vogt
Raisa Alicea                        Keith Vogt
Consumer Law Group, LLC             1030 S. Blvd., Suite 200
6232 N. Pulaski, Suite 200          Oak Park, IL 60302
Chicago, IL  60646